UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NUMBER |
| Plaintiff, | : | 3:02CR7(JBA) |
| | : | |
| v. | : | |
| | : | |
| SANTIAGO FELICIANO, WILFREDO PEREZ, | : | |
| JOSE ANTONIO PEREZ, FAUSTO GONZALEZ | : | |
| Defendants. | : | APRIL 26, 2005 |

### EX PARTE APPLICATION TO SEAL CJA VOUCHER WORKSHEETS

The defendant, **JOSE ANTONIO PEREZ**, through his undersigned counsel, respectfully moves this Court to seal the worksheets attached to his CJA payment voucher.

In support of this motion, defendant represents as follows:

1. He is represented by two attorneys appointed pursuant to the Criminal Justice Act, Title 18 U.S.C. §3006A *et seq.*

2. Counsel are required to submit monthly or other periodic vouchers with worksheets detailing the time they have spent on various aspects of the defense of Mr. Perez.

3. The worksheets contain attorney-client privileged information.

1